MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*     v.     *EDWARD TED McDONALD (1)*

THE HONORABLE JOHN W. SEDWICK                    CASE NO. 3:05-cr-00065 (JWS)

PROCEEDINGS:     **ORDER FROM CHAMBERS**                    Date:  February 22, 2006

The sentencing hearing for defendant McDonald set for March 22, 2006, at 9:30 a.m. is **VACATED** and is hereby **CONTINUED** to **9:00 a.m.** on **March 24, 2006.**