IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                              )<br>        Plaintiff,            )<br>                              )<br>                              )<br>            v.                )<br>                              )<br>EDWARD TED MCDONALD           )<br>                              )<br>        Defendant.            )<br>_____) | CASE NO: A05-0065 CR (JWS) |

**CORRECTED**
**EXPEDITED AND UNOPPOSED**
**MOTION OF DEFENDANT FOR CONTINUANCE**

Defendant, Edward Ted McDonald, through below signed counsel, moves for a continuance of the Sentencing hearing on March 24, 2006 for a date and time during the week of March 26, 2006 with the specific date and time to be coordinated by the Clerk.

This motion is based upon the fact that the undersigned counsel is scheduled to be out of the State on March 24, 2006 and will return on March 27, 2006. Crandon Randell, Assistant U.S. Attorney, advised below-signed counsel on this date that the government does not oppose this Motion.

DATED this 23rd day of February, 2006.

LAW OFFICES OF HUGH W. FLEISCHER

```
By:    S/ Hugh W. Fleischer
       Hugh W. Fleischer
       Attorney for Mr. McDonald
       310 K. St., Suite 200
       Anchorage, AK 99501
       (907) 264-6635
       (907) 264-6602-Fax
       hfleisch@aol.com
```

**CERTIFICATE OF SERVICE**

I CERTIFY that on the 23rd day of February, 2006, a true copy of the foregoing was faxed to the following counsel of record:

Karen L. Loeffler

Assistant U.S.Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Fax-907-271-1500

John M. Murtaugh
1101W. 7th Ave
Anchorage, AK 99501
Fax-907-258-6419


**S/ Hugh W. Fleischer**


9486/513

2