IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                   )<br>      Plaintiff,    )<br>                                   )<br>               v.            )<br>                                   )<br>EDWARD TED MCDONALD and )<br>EDWARD JAMES JENNINGS   )<br>      Defendants.   )<br>_____) | CASE NO: A05-0065 CR (JWS) |

**CORRECTED ORDER**

    The counsel for defendant, Edward Ted McDonald, has moved for a continuance of the Sentence, with the concurrence of the government. The Clerk, having coordinated the new Sentencing date and time and there being good cause shown, IT IS HEREBY ORDERED that the Sentencing hearing for Mr. McDonald will be at _____ on _____, 2006.

    DATED this ____day of February, 2006.

                                  _____
                                  John W. Sedwick
                                  United States District Judge

9486/511