MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *EDWARD TED McDONALD (1)*

THE HONORABLE JOHN W. SEDWICK                CASE NO. 3:05-cr-00065 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**           Date:  February 24, 2006

    The motion at docket 57 is **GRANTED** as follows:  The sentencing hearing is continued to **8:00 AM** on **March 28, 2006.**