IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>         Plaintiff,          )<br>                              )<br>                              )<br>         v.                   )<br>                              )<br>ISAI HERNANDEZ               )<br>                              )<br>         Defendant.           )<br>_____) | CASE NO: A05-0108 CR (JWS) |

**MEMORANDUM OF LAW IN SUPPORT OF**
**MOTION OF DEFENDANT TO REVEAL THE IDENTITY OF INFORMANT**

Defendant, Isai Hernandez has moved for this Court to reveal the identity of the government's informant or informants.

The Supreme Court has held that the government must disclose an informant's identity where the informant actively participated and/or was a percipient witness to the acts underlying the prosecution. ***Roviaro v.U.S.***, 353 U.S. 53 (1957); ***U.S. v. Ramirez-Rangel***, 103 F.3d 1501 (9th Cir. 1997); ***Devose v. Norris***, 53 F.3d 201 (8th Cir. 1995). It is believed that the informant or informants did actively participate and/or was a percipient witness to the acts underlying this prosecution.

Like many circuits, the Ninth Circuit has held that

the government must reveal the informant's identity if the defendant meets his burden of proving the disclosure would be helpful to his defense or essential to fair determination of the case. ***U.S. v. Ramirez-Rangel***, *supra*; ***U.S. v. Ordonez***, 737 F.2d 793 (9th Cir. 1984); ***U.S. v. Rutheford***, 175 F.3d 899 (11th Cir. 1999); U.S. v. Gordon, 173 F.3d 761 (10th Cir. 1999); ***U.S. v. Faichild***, 122 F. 3d 605 (8th Cir. 1997).

It is asserted that Mr. Hernandez has shown that the identity of the informant or informants should be revealed.

In conclusion, defendant Hernandez requests that the court order that the government reveal the identity of the informant or informants in this case.

DATED this 15th day of March, 2006.

LAW OFFICES OF HUGH W. FLEISCHER

9497/514

By:____S/Hugh W. Fleischer____
     Hugh W. Fleischer
     AK Bar # 7106012
     Law Offices of Hugh W. Fleischer
     310 K. Street, Suite 200
      Anchorage, AK 99501
     (907) 264-6635
     (907) 264-6602 (fax)
      hfleisch@aol.com

CERTIFICATE OF SERVICE

I certify that on the 15th day of March, 2006, a true copy of the foregoing was delivered by FAX to the following counsel:

Stephan Collins
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567
FAX-271-1500

Herman G. Walker
606 E. St., Ste. 203
Anchorage, AK 99501
FAX-258-4428

D. Scott Dattan
2600 Denali St., Ste. 460
Anchorage, AK 99503
FAX-278-8571

Burke Wonnell
2600 Denali St., Ste. 460
Anchorage, AK 99503
FAX-278-8571

Mark A. Rosenbaum
4940 Byrd Lane, Ste. 100
Anchorage, AK 99502
FAX-243-2609

Michael D. Dieni, Asst. FDP
550 W. 7th Ave., Ste. 1600
Anchorage, AK 99501
FAX-646-3480

Lance C. Wells
733 W. 4th Ave., Ste. 308
Anchorage, AK 99501
FAX-277-9859

Raul Mendez
PO Box 12028
Mill Creek, WA 98082
FAX-425-316-6707


   S/ Hugh W. Fleischer
   Law Offices of Hugh W. Fleischer