DEBORAH M. SMITH
Acting United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. 3:05-cr-065-JWS |
| ) | |
| Plaintiff,           ) | |
| ) | |
| vs.           ) | REQUEST FOR ORDER TO |
| ) | DESTROY EVIDENCE |
| EDWARD TED MCDONALD and           ) | |
| EDWARD JAMES JENNINGS,           ) | |
| ) | |
| Defendants.           ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and moves this court for an order permitting the destruction of evidence remaining

in the custody of the Federal Bureau of Investigation related to the above captioned case.

As part of the investigation that lead to the charges in the above captioned case, the FBI obtained custody of evidence obtained by the Alaska State Troopers during the execution of certain search warrants on defendant's vehicles and motel rooms. As noted in the attached summary provided by the FBI, the remaining evidence is comprised of various identification documents, check books and other items, as well as one .22 caliber rifle. The case is now over, as both defendant's have plead and been sentenced and waived their appeal rights. The government sent each defense counsel a letter on April 3rd requesting that they review the evidence and notify the government if their clients wished any of it returned and further noting that the government would be applying for an order of destruction. The government has not heard back from either counsel.

Now, therefore, the government is applying for the attached order of destruction to permit the FBI to destroy the evidence. However, as stated in the proposed order, the FBI will keep anything requested by the defendants, through their counsel, upon notification by counsel that they would like the evidence returned.

RESPECTFULLY SUBMITTED April 27, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
United States Attorney

s/ Karen Loeffler
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.loeffler@usadoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on April 27, 2006, a copy of the foregoing, was served, electronically, on:

John Murtagh
1101 W. 7th Ave.
Anchorage, AK 99501

Hugh Fleischer
310 K St., Suite 200
Anchorage, AK 99501
Executed at Anchorage, Alaska, on April 27, 2006

s/ Karen Loeffler