DEBORAH M. SMITH
Acting United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-065-JWS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | PROPOSED ORDER |
| ) | REGARDING DESTRUCTION |
| EDWARD TED MCDONALD and ) | OF PROPERTY |
| EDWARD JAMES JENNINGS, ) | |
| ) | |
| Defendants. ) | |

      This matter comes before the court on the government's request for an order to permit the Federal Bureau of Investigation to destroy evidence currently in its possession related to the above captioned matter.

      IT IS ORDERED that the government's motion is GRANTED/DENIED. Absent notification in writing by defendants prior to May _____, 2006 of any property that they wish returned, the FBI is authorized to destroy all remaining

property obtained from the defendant's in the above captioned matter on that date.

DATED this \_\_\_\_ day of April, 2006, at Anchorage, Alaska.


_____
UNITED STATES DISTRICT COURT JUDGE