WESTERN UNION RECEIPTS; BUSINESS CARDS AND RECEIPTS, FLYERS, MISCELLANEOUS PAPERWORK; SEALED CRIMINAL DEFENSE LETTER; JENNINGS AND MCDONALD NOTEBOOKS WITH DRIVER'S LICENSES, APPLICATIONS, VEHICLE TAGS, SS CARD, BIRTH CERTIFICATES, MARRIAGE CERTIFICATE, VEHICLE REGISTRATIONS

.22 LONG RIFLE HANDGUN (PHOENIX ARMS ONTARIO, CA); MODEL HP22A .22LR CAL. AUTO; S/N: 4251803 WITH BLACK GUN CASE

BANK OF AMERICA CHECKBOOK (CHECKS 1002-1025) NAME OF EDWARD MCDONALD; BANK OF AMERICA CHECKBOOK (CHECKS 202-225) NAME OF SUSAN T. GORMAN; THREE (3) BLANK BANK OF AMERICA CHECKS (#'S 91-93); ONE (1) BLANK BANK OF AMERICA CHECK (#1058) IN NAME OF EDWARD E MCDONALD DBA MAC'S ASPHALT PAVING; THREE (3) EDWARD MCDONALD CREDIT CARDS; TWO (2) JOSPEH MCDONALD CHECK CARDS; ONE (1) JOHN JENNINGS CHECK CARD

CCI 22 LONG RIFLE SHOT SHELL AMMUNITION/MUNITION (18 ROUNDS- 2 MISSING FROM CASE

Attachment A