

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

---

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253     Commercial: (907) 271-5071
Anchorage, Alaska 99513-7567          Fax Number: (907) 271-3224

April 3, 2006

John Murtagh
1101 W. 7th Ave.
Anchorage, AK 99501

Hugh Fleischer
310 K St., Suite 200
Anchorage, AK 99501

    Re: <u>United States v. McDonald and Jennings</u>
        Destruction of Evidence:

Dear Mssrs Murtagh and Fleischer:

    The FBI would like to get rid of the rest of the material taken in the search warrant of the rental car. The bulk of it consists of identification documents, license plates, brochures, some check books and other miscellaneous material. I plan to apply for an order to destroy all of it. If your clients would like any of it back, or you would like to review it again to determine if there is anything your clients would like, would you please make an appointment with Special Agent Chad Joy of the FBI to review the material.

    Also would you let me know if you will nonoppose a motion to destroy the material. I would like to file the motion sometime in the next 3 weeks so we can get rid of the material, so if you could let me know where you stand on this sometime in the next few weeks I would appreciate it.

                                   Very truly yours,

                                   DEBORAH SMITH
                                   ACTING UNITED STATES ATTORNEY

                                   Karen L. Loeffler
                                   Assistant U.S. Attorney

cc. SA Chad Joy