## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *EDWARD TED McDONALD, et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:05-cr-00065 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  June 5, 2006

    The motion for permission to destroy evidence at docket 72 is **GRANTED** as follows:  The Federal Bureau of Investigation may destroy all evidence relating to this case which is in its possession provided that it shall retain any such evidence as to which either defendant gives notice of his objection to destruction on or before **June 30, 2006.**